# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Southern Division
### DOCKET NO. 7:13-MJ-1190-1

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| **Richard Sean McNally** | ) | |
| | ) | |
| | ) | |

On February 4, 2015, Richard Sean McNally appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Possession of Marijuana, in violation of 21 U.S.C. § 844, was sentenced to 12 months of probation.

From evidence presented at the revocation hearing on September 23, 2015, the court finds as a fact that Richard Sean McNally, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Criminal conduct.
2. Failure to notify the probation officer ten days prior to any change in residence.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 45 days.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 23rd day of September, 2015

Robert B. Jones, Jr.
U.S. Magistrate Judge